

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00019-CR

**JUAN GABRIEL CERVANTES,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 14-04555-CRF-361

## O R D E R

Appellant's Motion to Extend Time to File Notice of Appeal was filed on January 14, 2019.  In the motion, appellant asserts that he was convicted on December 5, 2018, but due to a mistake, did not timely file a notice of appeal.  He also asserts that a notice of appeal was filed with the trial court on January 14, 2019, and attached a copy of the notice. Appellant requests an extension of time to file the notice of appeal until the date it was filed in the trial court.

Because the notice of appeal and the motion for extension of time were filed in the

proper locations within 15 days after the date of the deadline for filing the notice of appeal, appellant's motion is granted.  *See* TEX. R. APP. P. 26.3.

Accordingly, appellant's notice of appeal was timely filed with the trial court on January 14, 2019.

PER CURIAM

Before Chief Justice Gray, and
  Justice Davis
Motion granted
Order issued and filed January 23, 2019

